B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Carabie Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>13-2879270 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>216 South Terrance Avenue<br>Mount Vernon, NY                ZIP Code: 10550 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code: | Mailing Address of Joint Debtor (if different from street address):                ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Carabie Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Carabie Corporation

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Jonathan S. Pasternak
Signature of Attorney for Debtor(s)

Jonathan S. Pasternak
Printed Name of Attorney for Debtor(s)

Rattet Pasternak, LLP
Firm Name

550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
Address

(914) 381-7400  Fax: (914) 381-7406
Telephone Number

October 14, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Linda J. Bautista
Signature of Authorized Individual

Linda J. Bautista
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

October 14, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re: __Carabie Corporation__, Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ernest Sanchez | | | 90.5% Shareholder |
| Jo Ann Miano | | | 5% Shareholder |
| Linda J. Bautista | | | 4.5% Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 14, 2011

Signature: /s/ Linda J. Bautista
Linda J. Bautista
Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Southern District of New York

In re   Carabie Corporation                                                     Case No.
                                    Debtor(s)                                   Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  October 14, 2011                    /s/ Linda J. Bautista
                                           Linda J. Bautista/Chief Financial Officer
                                           Signer/Title

```
ADVANCED RECYCLING SYSTEMS
4000 MCCARTNEY ROAD
LOWELLVILLE, OH 44436-9413


AUSTER RUBBER COMPANY
238 N. 9TH STREET
BROOKLYN, NY 11211


BANK OF AMERICA
BUSINESS CARD
P.O BOX 1579
WILMINGTON, DE 19886-5796


BARNES, IACCARINO & SHEPHERD
ATTN: DANA HENKE, ESQ.
258 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


CHASE BANK OF TEXAS, N.A
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


CON EDISON OF NEW YORK
4 IRVING PLACE
ROOM 201
NEW YORK, NY 10003


CRP SANITATION
2 BAYVIEW RD
CORTLANDT MANOR, NY 10567


CRYSTAL ROCK LLC
P.O. BOX 10028
WATERBURY, CT 06725-0028


DISTRICT COUNCIL NO. 9
45 WEST 14TH STREET
NEW YORK, NY 10011


ERNEST SANCHEZ
1241 UNDERHILL AVENUE
YORKTOWN HEIGHTS, NY 10598
```

FASTENAL COMPANY  
P.O. BOX 1286  
WINONA, MN 55987-1286

FEDERAL EXPRESS  
P.O. BOX 371461  
PITTSBURGH, PA 15250

FORD MOTOR CREDIT  
P.O. BOX 20564  
PITTSBURGH, PA 15257-2564

GILDEA & IVANIS, LLP  
CERTIFIED PUBLIC ACCOUNTANTS  
535 FIFTH AVENUE, 30TH FL.  
NEW YORK, NY 10017

INDEPENDANT AERIAL EQUIPMENT  
765 YORK STREET  
ELIZABETH, NJ 07201

INDUSTRIAL VACUUM EQUIPMENT CO  
N7959 BIRCH ROAD  
IXONIA, WI 53036

INTERNAL REVENUE SERVICE  
P.O. BOX 7346  
PHILADELPHIA, PA 19101-7346

IUPAT PENSION FUND  
FOR LOCAL 806  
7234 PARKWAY DRIVE  
HANOVER, MD 21076

IWT TRANSPORT, INC.  
306 RAMAPO VALLEY ROAD, STE2  
OAKLAND, NJ 07436

JO ANN MIANO  
2074 HERING AVENUE  
BRONX, NY 10461

JO-LIN REALTY, LLC  
216 SOUTH TERRACE AVENUE  
MOUNT VERNON, NY 10550

```
JOHN KAWULICZ
BETTY KAWULICZ
4 SPRINGWOOD LANE
NEW FAIRFIELD, CT 06812


JPMORGAN CHASE, NA
COLLATERAL MGMT SMALL BUSINESS
P.O BIOX 4660
HOUSTON, TX 77210-9820


LEIGHTON ASSOCIATES, INC.
7020 AUSTIN STREET, SUITE 115
FOREST HILLS, NY 11375


LOVELL SAFETY MANAGEMENT CO.
ACCOUNTING DEPARTMENT
110 WILLIAM ST., 12TH FL
NEW YORK, NY 10038-4949


MILLER & MILLER INSURANCE
720 COMMERCE STREET
THORNWOOD, NY 10594


NATIONWIDE LIFE INSURANCE CO
P.O. BOX 182928
COLUMBUS, OH 43218-2928


NET@WORK
575 EIGHTH AVENUE, 10TH FLOOR
NEW YORK, NY 10018


NEW YORK STATE INSURANCE FUND
WORKERS COMPENSATION
199 CHURCH STREET
NEW YORK, NY 10007-1100


NYC DEPT. OF FINANCE
345 ADAMS ST, 3RD FL.
ATTN: LEGAL AFFAIRS DEVORA COH
BROOKLYN, NY 11201-3719


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300
```

NYS DEPT. OF TAX & FINANCE
OPTS-PROMPTAX
W A HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NYS UNEMPLOYMENT
INSURNACE FUND
P.O. BOX 4301
BINGHAMTON, NY 13902-4301


NYS UNEMPLOYMENT INSURANCE
P.O BOX 4301
BINGHAMTON, NY 13902-4301


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PROFESSIONAL PAINT PRODUCTS
42 JEFRY LANE
HICKSVILLE, NY 11801


ROBERT J. MARVIN
THREE WEST MAIN STREET
P.O BOX 420
PAWLING, NY 12564


RSC EQUIPMENT RENTAL
FORMERLY INDEPT. AERIAL
824-850 MAGNOLIA AVENUE
ELIZABETH, NJ 07201


SEARS BANKRUPTCY RECOVERY
P.O. BOX 20363
KANSAS CITY, MO 64195-0363


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SPRINT
ATTN: BANKRUPTCY DEPT.
P.O. BOX 3827
ENGLEWOOD, CO 80155-3827

```
STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368


STRUCTURAL STEEL & BRIDGE
PAINTER LOCAL 806 BENEFIT FUND
40 WEST 27TH STREET
NEW YORK, NY 10011


STRUCTURAL STEEL PAINTERS
LOCAL 806
40 WEST 27TH STREET-10TH FL.
NEW YORK, NY 10001


TEAMSTER LOCAL 456
160 SOUTH CENTRAL AVENUE
ELMSFORD, NY 10523


THE CHASE MANHATTEN
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


TIFFANY BRUSH CO.
P.O. BOX 1256
OSSINING, NY 10562


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


VERIZON
PO BOX 15026
ALBANY, NY 12212-5026
```

# United States Bankruptcy Court
## Southern District of New York

In re   Carabie Corporation                                    Case No.
                                    Debtor(s)                  Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Carabie Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 14, 2011                          /s/ Jonathan S. Pasternak
Date                                      Jonathan S. Pasternak
                                          Signature of Attorney or Litigant
                                          Counsel for   Carabie Corporation
                                          Rattet Pasternak, LLP
                                          550 Mamaroneck Avenue
                                          Suite 510
                                          Harrison, NY 10528
                                          (914) 381-7400 Fax:(914) 381-7406

**United States Bankruptcy Court**
**Southern District of New York**

| In re | Carabie Corporation | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Linda J. Bautista, declare under penalty of perjury that I am the Chief Financial Officer of Carabie Corporation, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 14th day of October, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation is authorized and directed to employ Erica Feynman Aisner, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

| Date | October 14, 2011 | Signed | */s/ Linda J. Bautista* |
|---|---|---|---|
| | | | Linda J. Bautista |

Resolution of Board of Directors
of
Carabie Corporation

 Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

 Be It Therefore Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

 Be It Further Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

 Be It Further Resolved, that Linda J. Bautista, Chief Financial Officer of this Corporation is authorized and directed to employ Erica Feynman Aisner, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case.

Date  October 14, 2011     Signed  */s/ Linda J. Bautista*
                 Linda J. Bautista